UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL TRAVIS JOHNSON,

        Defendant.

_____/

                             **INDICTMENT**

The Grand Jury charges:

### Felon in Possession of Firearms

Beginning in or about September 2024, and continuing to on or about June 3, 2025, in Houghton County, in the Western District of Michigan, Northern Division, Defendant,

MICHAEL TRAVIS JOHNSON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more of the following firearms: an Anderson Manufacturing, Model AM-15, .223 caliber rifle; a CBC, Model Rossi Gallery, .22 caliber rifle; an Ithaca Gun Company, Model M37, 12-gauge shotgun; a Mauser, Model M98, 8 caliber rifle; a Maveric Arms, Model 88, 12-gauge shotgun; a Mossberg, Model 500A, 12-gauge shotgun; and a loaded SigSauer, Model M320 M17, 9mm pistol, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

## FORFEITURE ALLEGATION
### (Felon in Possession of Firearms)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment, Defendant,

MICHAEL TRAVIS JOHNSON,

shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to, an Anderson Manufacturing, Model AM-15, .223 caliber rifle; a CBC, Model Rossi Gallery, .22 caliber rifle; an Ithaca Gun Company, Model M37, 12-gauge shotgun; a Mauser, Model M98, 8 caliber rifle; a Maveric Arms, Model 88, 12-gauge shotgun; a Mossberg, Model 500A, 12-gauge shotgun; and a loaded SigSauer, Model M320 M17, 9mm pistol; and associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

THEODORE J. GREELEY
Assistant United States Attorney